IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JUAN BAUTISTA-RAYMUNDO,<br><br>    Defendant. | 8:14CR171<br><br>ORDER |

  This matter is before the Court on it's own motion. The Clerk's Office is holding a criminal bond in the amount of $1,000.00 for the defendant Juan Bautista-Raymundo. The bond was posted by Ms. Sandra Baltazar. As the defendant has been released from incarceration on June 29, 2015, the bond shall be refunded to Sandra Baltazar.

  IT IS ORDERED that the Clerk's Office shall refund and return the cash bond in the amount of $1,000.00 to Sandra Baltazar at 1409 Martha Street, Omaha, NE 68108.

  Dated this 18th day of August, 2015

                 BY THE COURT:

                 s/ Joseph F. Bataillon
                 Senior United States District Judge